UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNA GREER,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE MARK CURRY, et al.,<br><br>    Defendants. | No.  2:25-cv-00362-DAD-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. Nos. 2, 3, 5) |

Plaintiff Javanna Greer is proceeding *pro se* in this civil action.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) be denied and plaintiff's complaint be dismissed without leave to amend.  (Doc. No. 3.)  Specifically, the magistrate judge concluded that plaintiff's claims brought against defendants Judge Mark Curry, Judge Raymona DeJesus, Judge Alan Pineschi, Judge Suzanne Gazzaniga, Judge Rei Onishi, Commissioner John Paulsen, Commissioner Michael Jacques, and Commissioner Scott Harmon should be dismissed because each of those defendants are entitled to

1 judicial immunity. (*Id.* at 4–5.) Further, the magistrate judge concluded that this court lacks
2 subject matter jurisdiction over plaintiff's entire action because the central issues are plaintiff's
3 child custody and child support proceedings in state court, which are exclusively matters of state
4 law, and any review thereof is barred by the *Rooker-Feldman* doctrine. (*Id.* at 5–7.) Finally, the
5 magistrate judge concluded that granting leave to amend in this case would be futile because the
6 court lacks subject matter jurisdiction, and the complaint does not contain facts supporting any
7 cognizable legal claim against any of the named defendants. (*Id.* at 8.)

8 The pending findings and recommendations were served on the parties and contained
9 notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
10 8.) On June 9, 2025, plaintiff filed objections to the findings and recommendations. (Doc. No.
11 4.) On December 2, 2025, plaintiff filed a motion for a temporary restraining order to prevent the
12 removal of her minor child from California and requesting relief from child custody orders issued
13 by the state court. (Doc. No. 5 at 9–11.)

14 In her objections, plaintiff requests that her *in forma pauperis* application be granted, that
15 she be granted leave to amend her complaint, and that this federal court should take judicial
16 notice of misconduct she alleges has occurred in her state court proceedings. (*Id.* at 1, 6.)
17 Plaintiff also includes with her objections various exhibits that do not support any of the legal
18 claims asserted in her complaint. (*Id.* at 7–40.) Just as in plaintiff's complaint, the arguments
19 advanced by plaintiff in her objections are frivolous. While somewhat difficult to decipher, the
20 objections do not provide any basis upon which to call into question or reject the pending findings
21 and recommendations.

22 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
23 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
24 findings and recommendations are supported by the record and by proper analysis.

25 For the reasons stated above,
26 1. The findings and recommendations issued on May 29, 2025, (Doc. No. 3) are
27 ADOPTED in full;
28 2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3. The action is DISMISSED without leave to amend;

4. Plaintiff's motion for temporary restraining order (Doc. No. 5) is DENIED as having been rendered moot by this order;

5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **December 4, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE